# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30713
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 14, 2019

Lyle W. Cayce
Clerk

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

Requesting Parties - Appellants

v.

CLAIMANT ID 100173641,

Objecting Party – Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-4354

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal of a claim determination for the Ogden Museum of Southern Art in New Orleans in light of the briefs and record before us. Having done so, we find no reversible error of law nor

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30713

abuse of discretion in the district court's refusal to conduct discretionary review of the Appeal Panel's award. **AFFIRMED**.